IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PATRICK G. LUPER                                                                                         PLAINTIFF

v.                                          CIVIL NO. 2:23-cv-2078-MEF

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                                    DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff, Patrick Luper, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security Administration. (ECF No. 3). Plaintiff filed his Compliant on June 9, 2023, without paying the filing fee or applying to proceed in forma pauperis. That same day, the Clerk of Court entered a text only Order directing him to pay the filing fee or submit an Application to Proceed In Forma Pauperis on or before June 12, 2023. On June 13, 2023, Plaintiff filed a Motion to Dismiss, requesting that his Complaint be dismissed without prejudice. (ECF No. 4).

Accordingly, the Plaintiff's Motion to Dismiss is hereby GRANTED and the Clerk of Court directed to dismiss the case without prejudice.

DATED this 14th day of June 2023.

/s/ Mark E. Ford
HON. MARK E. FORD
CHIEF UNITED STATES MAGISTRATE JUDGE